

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MGA Insurance Company, Inc. d/b/a Gainsco Auto Insurance and/or Gainsco Auto Insurance Agency, Inc., | § § § | No. 08-16-00192-CV Appeal from the |
| Appellant, | § | 353rd District Court |
| v. | § | of Travis County, Texas |
| Samla Jift Velasquez-Ramirez, | § | (TC# D-1-GN-16-002546) |
| Appellee. | § | |

## O R D E R

The Court has received and filed the Appellant's Unopposed Motion to Dismiss Appeal.

The appeal is therefore reinstated. The motion is set for submission on December 14, 2016.

IT IS SO ORDERED this 6th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.